**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SUSAN C. McKEEFRY,

                Plaintiff,

-against-

18 **CIVIL** 10386 (CS)

## JUDGMENT

TOWN OF BEDFORD, *et al.*,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 2, 2019, Davis's motion to dismiss is granted and the Town Defendants' motion to dismiss is granted; judgment is entered for Defendants, and the case is closed.

**Dated:** New York, New York
        December 4, 2019

                                          RUBY J. KRAJICK
                                          _____
                                              Clerk of Court
                    BY:
                                              _____
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/4/2019